THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| SHERODNEY STEWART, | : | |
|     Petitioner, | : | |
| | : | |
| | : | CASE NO.  5:01-CR-00049 (CAR) |
| v. | : | 28 U.S.C. § 2255 |
| | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
|     Respondent. | : | |
| | : | |

_____

*ORDER ON THE REPORT AND RECOMMENDATION*
*OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the United States Magistrate Judge's Report and Recommendation [Doc. 93] that Petitioner's habeas corpus petition be dismissed for lack of jurisdiction, or even if this Court did have jurisdiction, that the petition be denied as time-barred by the AEDPA one-year period of limitations.  Petitioner, through his attorney, filed an Objection [Doc. 95] to the Recommendation.  After considering the Recommendation, the Objection, and the relevant law, the United States Magistrate Judge's Report and Recommendation [Doc. 93] is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**.

Despite Petitioner's contentions otherwise, it is clear Petitioner filed his first § 2255 motion on September 30, 2004 [Doc. 58], which was decided adversely to him by both the district and appellate courts.  Thus, this establishes the successive nature of his

present § 2255 Motion, which requires authorization from the Eleventh Circuit Court of Appeals for this Court to assert jurisdiction. Petitioner must present his arguments to the Eleventh Circuit Court of Appeals to determine whether they will extend jurisdiction to this Court to entertain Petitioner's second and successive Motion to Vacate pursuant to 28 U.S.C. § 2255.

However, even if this Court were to find the current petition was not successive and therefore that it did have jurisdiction to consider the Motion, the Motion would be time-barred under the AEDPA one-year period of limitations. Despite Petitioner's extensive recitation of his activity and inactivity over the last six years, the Court agrees with the finding of the Magistrate Judge that such action does not equate due diligence nor the tolling of the statute of limitations.

**SO ORDERED**, this 15th day of October, 2009.

<pre>
                                        S/ C. Ashley Royal
                                        C. ASHLEY ROYAL
                                        UNITED STATES DISTRICT JUDGE
</pre>

SSH